IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CONSUELO PORTILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | Civil Action No. 1:04-CV-128-C |
| Defendant. | ) | ECF |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed February 3, 2006 (Doc. 25).  No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ shall evaluate the medical opinions of the treating physician as to the limitations resulting from Plaintiff's impairments in accordance with 20 CFR § 414.1527(d) and *Newton*.

Dated February 22, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT